[No. 31229-4-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. GOMOLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00185-0, Frank L. Sullivan, J., entered August 6, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 33215-5-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TAD ALLEN LAMERE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04845-7, John M. Darrah, J., entered July 19, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 32726-7-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MILTON PENA DELACRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-00220-5, Richard M. Ishikawa, J., entered March 30, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 33131-1-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN S. CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04706-0, James D. McCutcheon, Jr., J., entered July 15, 1993. *Reversed* by unpublished per curiam opinion.